EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| José H. Martí Fajardo | 2005 TSPR 52<br><br>163 DPR \_\_\_\_ |

Número del Caso: TS-5436

Fecha: 22 de abril de 2005

Abogado del Peticionario:

Por derecho propio

Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos

Materia: Solicitud de Reinstalación a la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José H. Martí Fajardo

TS-5436

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de abril de 2005.

Examinadas las mociones informativas presentadas por el Sr. José H. Martí Fajardo y la Moción Informativa en Cumplimiento de Orden presentada por la Oficina de Inspección de Notarías, se autoriza la reinstalación limitada del peticionario al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Rivera Pérez y la Juez Asociada señora Fiol Matta no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo